UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHAUN BELL
    Plaintiff

-against-

Sergeant Kishanna Drakeford,
Officer George Bouknight,
Officer Seaboroughs,
Officer John Doe

18 CV 2225

42 U.S.C. § 1983

**COMPLAINT**

I want a jury trial

## SUMMARY

I was abducted out of society by D.H.S. Police Sergeant Drakeford, Officer Seaboroughs, Officer Bouknight, and Officer John Doe. They used excessive force, police misconduct, cruel and unusual punishment and unreasonable search and seizure against me. My First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendment Rights were violated. None of the officers that were involved in my abduction read me my Miranda Rights, nor did they put me in a line up. My Due Process Rights were violated by D.H.S. police based on false and fraudulent information.

## DEFENDANT INFORMATION

Sergeant Kishanna Drakeford                               Badge #867
Sergeant DHS Police
127 West 25th St. BRC Shelter

---

Officer George Bouknight                                  Badge #266
Police Officer DHS Police
127 West 25th St. BRC Shelter

---

Officer Seaboroughs
Police Officer DHS Police
127 West 25th St. BRC Shelter

---

Officer John Doe
Police Officer DHS Police
127 West 25th St. BRC Shelter

---

13th Precinct

## STATEMENT OF FACTS

While I am familiar with all the facts herein, I am a layperson in matters of the law and therefore seek this courts indulgence as to errors or defects and faults pursuant to Civil Practice Laws and Rules 2101(F)

On May 5, 2016, at approximately 1:20pm, a block away from BRC 127 West 25th St, I was approached by Officer Sergeant Drakeford who said, "Sir can you wait, I need to talk to you." I stopped and turned around like, what can I do for you. She said, I just wanted to ask you what happened." I said, "Nothing happened, what are you talking about?"

At this time she said, "Well I need you to wait right here, because I don't know what's really going on. Can you just wait?" At this moment I continued to walk, then she grabbed me like, wait I said for you to wait. So I pulled away from her, like what are you doing, get off of me.

At this time more officers were coming. One of the officers, his name is Officer Seaboroughs and Officer John Doe. Officer Seaboroughs said, "Oh you disrespecting my girl," and he got in my face and pushed me, then Sergeant Drakeford said, "I think he's the other person involved."

1

At this time, Officer Seaboroughs said to, "Grab that fucking boy Now Sergeant Drakeford, Officer Seaboroughs, and Officer John Doe are using excessive force against [Me]. All of the officers involved, Sergeant Drakeford, Officer Seaboroughs, Officer John Doe, forced me up the block to BRC and they dragged me down to the basement of BRC.

At this time, the officers are still using excessive force against me. As Officer Seaboroughs was putting the handcuffs on my wrist, my watch fell off my wrist on to the floor, and then Officer Seaboroughs picks the watch up off the floor and puts it in his pocket.

At this time, they force me down, while still handcuffed behind my back, to the bench. This was painful and uncomfortable because I was unable twist and turn my upper body or move.

At this time, I said, "Give me back my watch." Officer Seaboroughs ignored me, then Sergeant Drakeford said to me, "If you just waited like I told you this would not have happened, now your going to jail. HaHa." I said, "Going to jail for what?" She said, "Well I will let you know right now, I'm still trying to sort things out." She left the room with Officer Seaboroughs.

At this time, Officer Bouknigt started searching me, removing all of my property out of my pockets, putting the items on a table. "I

2

said, "What are you doing with my property." Officer Bouknigt said, "Do not worry, you can keep your wallet, but you will have to come back here to BRC to pick up your property." Then I said, "What about my watch?" Officer Bouknigt said, "All of your property will be waiting for you, including your watch."

At this time Sergeant Drakeford and Officer Seaboroughs were back and Sergeant Drakeford said to me, "Oh, Mr. Bell by the way your going to jail for assault." I said, "Well I didn't assault anybody." Then she said, "Well I do not care what you did or didn't do, tell it to the DA." Then I said, "yeah whatever you say."

At this time I needed to use the bathroom, Sergeant Drakeford said, "no you can piss on yourself, you like disrespecting women you can use the bathroom at the 13th Precinct." I said, "Please, my bladder is hurting me and I really need to use the bathroom. I am hungry and these handcuffs are way to tight." At this moment all of the other officers started laughing and they ignored me.

At this time hours later Sergeant Drakeford drove us to Bellvue Hospital. She dropped off Officer Booknigt, Officer John Doe and I and left. I asked Officer John Doe to loosen up the handcuffs because they were hurting me and I needed to use the bathroom. When Officer John Doe loosened the handcuffs he saw that my hands were blue because the blood stopped circulating in my hands.

3

Officer John Doe, said to Officer Bouknight, "His hands are blue and they are hurting him." Officer Bouknight said, "Bell if you tell the doctors that your hands are in pain, they will keep you here all day. I know you want to go home and not be here all day so just relax, have a cigarette, we will be done soon."

At this time Sergeant Drakeford cam to pick us up. She drove us to the 13th Precinct, dropped us off and left. I was placed in a holding cell and went to sleep. When i woke up Officer Bouknight took my finger prints. I asked him for something to eat, he said, "If you have some money I can get you some food from the vending machine." I gave him some money and he brought me back some chips and a soda. Then we went back to Booking.

## ADDITIONAL INFORMATION

I had explained to my attorney at the time of my arrest that the DHS Police used excessive force and police misconduct and nothing was done about it. Furthermore there was no probable cause to make and arrest or complaint. ████████████████
████████████████████████████████████████
████████████ ████/████████ ████████. ████████████████
████████ ████████ ████████████████ ████████ ████ ██
████ ██ ██████████, ████ ██ ████ ████████,
████ ████ ████████ ████ ████ ████████ ████ ██
████ ██ █ █ █ ████ ██ ████ ███. ██
████████ ████ ██████ ██ ████, ██████████████
████████████████████████████.

4

## INJURIES

Unlawful arrest, unlawful imprisonment, police misconduct, cruel and unusual punishment, unreasonable search and seizure, and physical, mental and emotional distress and humiliation

## RELIEF SOUGHT

Reverse Conviction

Money Damages $15 Million for each day I had to spend in prison

DHS Police held accountable for police misconduct

Suspension of Sergeant Drakeford

Suspension of Officer Bouknight

Suspension of Officer Seaboroughs

Suspension of Officer John Doe

And punitive damages of $10,000 a day for each day spent in jail/prison

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3/4/18
**Dated**

*Rasha Bell*
**Plaintiff's Signature**

RaShaun
**First Name**         **Middle Initial**         BELL
**Last Name**

WYOMING CORRECTIONAL FACILITY
**Prison Address**

ATTICA                    NY                    14011
**County, City**         **State**              **Zip Code**

Date on which I am delivering this complaint to prison authorities for mailing: 3/4/18

## CERTIFICATE OF SERVICE BY MAIL

State of New York   :

                    ss:

County of WYOMING :

I, RaShaun Bell, hereby certify: that I am the plaintiff herein and served a copy of the following document(s): 42 U.S.C. 1983 COMPLAINT

on (Name and Address):

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

by mailing and depositing a true and correct copy of said document(s) in a mailbox located at: WYOMING CORRECTIONAL FACILITY on the following date: 3/4/18.

        I declare under penalty of perjury that the foregoing is true and correct.

DATED:

                                Rashaun Bell
                              Signature of Plaintiff