UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 22 PM 12: 14

Rashaun Bell

_____
Write the full name of each plaintiff.

18 CV 2225 (JPO)
(Include case number if one has been assigned)

-against-

Sergeant Kishanna Drakeford, in her individual and official capacity
Officer George Bouknight, in his individual and official capacity
Officer Seaboroughs, in his individual and official capacity
Officer Jarmel Gilchrist, in his individual and official capacity

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

SECOND AMENDED COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-22-19

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
42 U.S.C. § 1983, First Amendment, Fifth Amendment, Fourth Amendment, Sixth Amendment, Eighth Amendment, and Fourteenth Amendment, and any pending state law claims

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
               (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Rashaun | | Bell |
|---|---|---|
| First Name | Middle Initial | Last Name |

**376 Rockaway Parkway**
Street Address

| Brooklyn | NY | 11212 |
|---|---|---|
| County, City | State | Zip Code |

| 929-485-9030 | donboy107@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Kishanna | Drakeford |
|---|---|
| First Name | Last Name |

Sergeant DHS Police
<br>Current Job Title (or other identifying information)

BRC Shelter 127 West 25th Street
<br>Current Work Address (or other address where defendant may be served)

| New York | New York | 10001 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| George | Bouknight |
|---|---|
| First Name | Last Name |

Police Officer DHS Police
<br>Current Job Title (or other identifying information)

BRC Shelter 127 West 25th Street
<br>Current Work Address (or other address where defendant may be served)

| New York | New York | 10001 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

|  | Seaboroughs |
|---|---|
| First Name | Last Name |

Police Officer DHS Police
<br>Current Job Title (or other identifying information)

BRC Shelter 127 West 25th Street
<br>Current Work Address (or other address where defendant may be served)

| New York | New York | 10001 |
|---|---|---|
| County, City | State | Zip Code |

| Defendant 4: | Jarmel | Gilchrist |
|---|---|---|
| | First Name | Last Name |

Police Officer DHS

Current Job Title (or other identifying information)

4 World Trade, 38th Floor

Current Work Address (or other address where defendant may be served)

| New York | New York | 10007 |
|---|---|---|
| County, City | State | Zip Code |

## III. STATEMENT OF CLAIM

Place(s) of occurrence: BRC Shelter 127 West 25th Street, New York, NY

Date(s) of occurrence: May 5, 2016

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See Attached.

## SUMMARY

I was abducted out of society by D.H.S. Police Sergeant Drakeford, Officer Seaboroughs, Officer Bouknight, and Officer Gilchrist. They used excessive force, police misconduct, cruel and unusual punishment and unreasonable search and seizure against me. My First, Fourth, Fifth Sixth, Eighth, and Fourteenth Amendment Rights were violated. None of the officers that were involved in my abduction read me my Miranda Rights, nor did they put me in a line up. My Due Process Rights were violated by D.H.S. police based on false and fraudulent information.

## STATEMENT OF FACTS

1. While I am familiar with all the facts herein, I am a layperson in matters of the law and therefore seek this courts indulgence as to errors or defects and faults pursuant to Civil Practice Laws and Rules 2101(F).

2. On May 5, 2016, at approximately 1:20pm, a block away from BRC 127 West 25th St, I was approached by Officer Sergeant Drakeford who said, "Sir can you wait, I need to talk to you." I stopped and turned around like, what can I do for you. She said, "I just wanted to ask you what happened." I said, "Nothing happened, what are you talking about?"

3. At this time she said, "Well I need you to wait right here, because I don't know what's really going on. Can you just wait?" At this moment I continued to walk, and then she grabbed me like, "wait I said for you to wait." So I pulled away from her, like what are you doing, get off of me.

4. At this time more officers were coming. One of the officers, his name is Officer Seaboroughs and Officer Gilchrist/ Officer Seaboroughs said, "Oh you disrespecting my girl," and he got in my face and pushed me, then Sergeant Drakeford said, "I think he's the other person involved."

5. At this time, Officer Seaboroughs said to, "Grab that fucking boy." Now Sergeant Drakeford, Officer Seaboroughs, and Officer John Doe are using excessive force against me. All of the officers involved, Sergeant Drakeford, Officer Seaboroughs, Officer John Doe, forced me up the block to BRC and they dragged me down to the basement of BRC.

6. At this time, the officers are still using excessive force against me. As Officer Seaboroughs was putting the handcuffs on my wrist, my watch fell off my wrist on to the floor, and then Officer Seaboroughs pcks the watch up off the floor and puts it in his pocket.

7. At this time, they force me down, while still handcuffed behind my back, to the bench. This was painful and uncomfortable because I was unable to twist and turn my upper body or move.

8. At this time, I said, "Give me back my watch." Officer Seaboroughs ignored me, then Sergeant Drakeford said to me, "If you just waited like I told you this would not have happened, now you're going to jail. HaHa." I said, "Going to jail for what?" She said, "Well I will let you know right now, I'm still trying to sort things out." She left the room with Officer Seaboroughs.

9. At this time, Officer Bouknight started searching me, removing all of my property out of my pockets, putting the items on a table. I said, "What are you doing with my property." Officer Bouknight said, "Do not worry, you can keep your wallet, but you will have to come back here to BRC to pick up your property." Then I said, "What about my watch?" Officer Bouknight said, "All of your property will be waiting for you, including your watch."

10. At this time Sergeant Drakeford and Officer Seaboroughs were back and Sergeant Drakeford said to me, "Oh, Mr. Bell by the way you're going to jail for assault." I said, "Well I didn't assault anybody." Then she said, "Well I do not care what you did or didn't do, tell it to the DA." Then I said, "yeah whatever you say."

11. At this time I needed to use the bathroom, Sergeant Drakeford said, "no you can piss on yourself, you like disrespecting women you can use the bathroom at the 13th Precinct." I said, "Please, my bladder is hurting me and I really need to use the bathroom. I am hungry and these handcuffs are way too tight." At this moment all of the other officers started laughing and they ignored me.

12. At his time hours later Sergeant Drakeford drove us to Bellvue Hospital. She dropped off Officer Bouknight, Officer Gilchrist, and I and she left. I asked Officer Gilchrist to loosen up the handcuffs because they were hurting me and I needed to use the bathroom. When Officer John Doe loosened the handcuffs he saw that my hands were blue because the blood stopped circulating in my hands.

13. Officer Gilchrist said to Officer Bouknight, "His hands are blue and they are hurting him." Officer Bouknight said, "Bell if you tell the doctors that your hands are in pain, they will keep you here all day. I know you want to go home and not be here all day so just relax, have a cigarette, we will be done soon."

14. At this time Sergeant Drakeford came to pick us up. She drove us to the 13th Precinct, dropped us off and left. I was placed in a holding cell and went to sleep. When I woke up Officer Bouknight took my finger prints. I asked him for something to eat, he said, "If you have some money I can get you some food from the vending machine." I gave him some money and he brought back some chips and a soda. Then we went back to Booking.

## ADDITIONAL INFORMATION

I had explained to my attorney at the time of my arrest that the DHS Police used excessive force and police misconduct and nothing was done about it. Furthermore there was no probable cause to make and arrest or complaint.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Unlawful arrest, unlawful imprisonment, police misconduct, cruel and unusual punishment, unreasonable search and seizure, and physical, mental and emotional distress and humiliation

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Reverse conviction; money damages $15 million for each day I had to spend in prison; DHS Police held accountable for police misconduct; Suspensions of sergeant Drakeford, Officer Boxknight, Officer Seaboroughs, and Officer Gilchrist; Punitive damages of $10,000 a day for each day spent in jail/prison

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

RECEIVED
SDNY PRO SE OFFICE
2019 JAN 22 PM 12: 14

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2-22-19
**Dated**

*R. Bell* (Plaintiff's Signature)

**Rashaun** — First Name
**Bell** — Last Name

**376 Rockaway Parkway**
Street Address

**Brooklyn** — County, City
**New York** — State
**11212** — Zip Code

**929-485-9030** — Telephone Number
**donboy107@gmail.com** — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7