**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RASHAUN BELL,

                     Plaintiff,

      -against-                                  18 **CIVIL** 2225 (JPO)

                                                              **JUDGMENT**

KISHANNA DRAKEFORD, et al.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2020, the Defendants moved to dismiss the complaint on May 10, 2019; (Dkt. No. 45.) the motion was granted on April 20, 2020, and plaintiff was granted leave to amend within sixty days; (Dkt. No. 62); the Court instructed that "if no amended complaint is filed by that date, this action will be dismissed with prejudice; as of the date of the order, Plaintiff has not amended the complaint; accordingly, this case is dismissed with prejudice; judgment is entered in favor of Defendants and this case is closed.

**Dated:**  New York, New York
            July 13, 2020

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                     **Clerk of Court**
                                               **BY:**
                                                                     _____
                                                                     **Deputy Clerk**